OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.26⁵

MAY. 19. 2015.

5/11/2015
KIMBELL, CHANDA RENEE   Tr. Ct. No. W09-15728-W (A)        WR-83,280-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CHANDA RENEE KIMBELL
HALBERT UNIT - TDC # 1956108
P. O. BOX 923
BURNET, TX 78611-0923

UTF

KGJVS3B  78611